NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**AND**

**MOTOROLA MOBILITY, INC., .**
*Intervenor.*

---

2012-1338

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-750.

---

**ON MOTION**

---

**O R D E R**

Apple Inc. moves without opposition for leave to file its corrected non-confidential and confidential opening briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The briefs are accepted for filing.

FOR THE COURT

AUG 2 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: E. Joshua Rosenkranz, Esq.
Megan M. Valentine, Esq.
Charles K. Verhoeven, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 7 2012

JAN HORBALY
CLERK